1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800
4
5  Attorney for Plaintiff
6
7
8
9              IN THE UNITED STATES DISTRICT COURT FOR
10                 THE EASTERN DISTRICT OF CALIFORNIA
11
12
13 CHAO VANG                    )
                                )     1:07-CV-1038 LJO DLB
14                              )
         Plaintiff,             )     STIPULATION AND ORDER
15                              )
   vs.                          )
16                              )
   COMMISSIONER OF              )
17 SOCIAL SECURITY,             )
                                )
18       Defendant.             )
   _____)
19
20       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be
21 granted a 30 day extension of time, until March 7, 2008, in which to serve Plaintiff's Confidential
22 brief.  All remaining actions under the scheduling order filed, July 20, 2007, shall proceed under
23 the time limit guidelines set therein.
24 / /
25 / /
26 / /
27 / /
28

1 | Dated: February 7, 2008 — /s/ Sengthiene Bosavanh

SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

4 | Dated: February 8, 2008 — MCGREGOR SCOTT
United States Attorney

By: /s/ Geralyn A. Gulseth
(as authorized via facsimile/e-mail)
GERALYN A. GULSETH
Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   February 14, 2008**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE