1 Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| CHAO MEE VANG | ) | |
|---|---|---|
| | ) | 1:07-CV-1038 LJO DLB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 19, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: May 7, 2008          /s/ Sengthiene Bosavanh

                            SENGTHIENE BOSAVANH, ESQ.
                            Attorney for Plaintiff

Dated: May 9, 2008
                            MCGREGOR SCOTT
                            United States Attorney

                            By: /s/ Sarah Ryan
                            (as authorized via facsimile)
                            SARAH RYAN
                            Assistant Regional Counsel

1       IT IS SO ORDERED.

2   **Dated:     June 4, 2008**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE